GUI'S LUMBER & HOME CENTER, INC., Appellant, v MADER CONSTRUCTION CO., INC., et al., Respondents.

Submitted August 1, 2005; decided October 25, 2005

Motion, insofar as it seeks leave to appeal from the Appellate Division order that dismissed the complaint, dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York,* 76 NY2d 824 [1990]); motion, insofar as it seeks leave to appeal from the Appellate Division orders that denied reargument and leave to appeal to the Court of Appeals, dismissed upon the ground that such orders do not finally determine the action within the meaning of the Constitution.